AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HOPKINS, VIRGINIA E. | U.S. DISTRICT COURT | 05/12/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| UNITED STATES DISTRICT JUDGE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

619 HUGO L. BLACK COURTHOUSE
1729 5TH AVENUE N
BIRMINGHAM, AL 35203

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | IRREVOCABLE LIFE INSURANCE TRUST #1 (UNFUNDED) |
| 2. POWER OF ATTORNEY (POA #1) | ATTORNEY IN FACT |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/12/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | SELF EMPLOYED ATTORNEY PRACTICE |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CASH - WELLS FARGO BANK ACCOUNT | | None | K | T | | | | | |
| 2. YUM BRANDS COMMON | A | Dividend | J | T | | | | | |
| 3. CASH - LEGACY CREDIT UNION ACCOUNT | | None | J | T | | | | | |
| 4. CASH - MORGAN STANLEY SMITH BARNEY ACCOUNT | A | Interest | J | T | | | | | |
| 5. CASH - MORGAN STANLEY LIQUID ASSETS FUND CLASS 2 ACCOUNT | A | Dividend | L | T | | | | | |
| 6. ACTAVIS INC COM | | None | | | Buy | 04/04/13 | K | | |
| 7. | | | | | Sold (part) | 06/28/13 | J | A | |
| 8. | | | | | Merged (with line 9) | 09/30/13 | L | E | See Section VIII Addtl Inf |
| 9. ACTAVIS PLC | | None | L | T | Open | 10/01/13 | L | | See Section VIII Addtl Inf |
| 10. AMAZON.COM INC. | | None | K | T | Buy (add'l) | 06/14/13 | J | | |
| 11. | | | | | Sold (part) | 06/28/13 | J | A | |
| 12. | | | | | Sold (part) | 08/30/13 | K | C | |
| 13. AMERICAN CENTURY EQUITY INCOME | B | Dividend | K | T | Sold (part) | 06/28/13 | J | A | |
| 14. AMERICAN TOWER REIT COM | A | Dividend | K | T | Sold (part) | 06/28/13 | J | A | |
| 15. | | | | | Sold | 08/30/13 | K | | |
| 16. AMERISOURCEBERGEN CORP | A | Dividend | K | T | Buy | 04/29/13 | K | | |
| 17. | | | | | Buy (add'l) | 05/20/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 06/28/13 | J | A | |
| 19. ANADARKO PETROLEUM CORP | | None | | | Sold | 01/17/13 | K | | |
| 20. APPLE INC | A | Dividend | J | T | Sold (part) | 03/01/13 | J | A | |
| 21. | | | | | Sold (part) | 03/08/13 | K | | |
| 22. | | | | | Sold (part) | 06/28/13 | J | | |
| 23. | | | | | Sold (part) | 07/25/13 | J | | |
| 24. CELGENE CORP | | None | K | T | Buy | 07/10/13 | K | | |
| 25. | | | | | Buy (add'l) | 07/25/13 | K | | |
| 26. CF INDUSTRIES HOLDINGS, INC | A | Dividend | | | Sold | 04/01/13 | K | | |
| 27. CLOROX CO DE | A | Dividend | | | Buy | 04/01/13 | K | | |
| 28. | | | | | Buy (add'l) | 04/30/13 | J | | |
| 29. | | | | | Sold | 05/21/13 | K | | |
| 30. COMCAST CORP (NEW) CLASS A | A | Dividend | K | T | Sold (part) | 02/08/13 | J | B | |
| 31. | | | | | Sold (part) | 06/28/13 | J | A | |
| 32. COMP DE BEB AMBEV SP ADR | A | Dividend | | | Sold (part) | 02/08/13 | J | B | |
| 33. | | | | | Sold | 04/16/13 | K | B | |
| 34. CORE LABORATORIES N V | | None | K | T | Buy | 11/06/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 12/04/13 | J | | |
| 36. COSTCO WHOLESALE CORP NEW | A | Dividend | K | T | Buy | 01/07/13 | K | | |
| 37. | | | | | Sold | 03/13/13 | K | A | |
| 38. | | | | | Buy | 07/30/13 | K | | |
| 39. DAVITA INC | | None | | | Buy (add'l) | 04/08/13 | K | | |
| 40. | | | | | Buy (add'l) | 04/30/13 | J | | |
| 41. | | | | | Sold (part) | 06/28/13 | J | A | |
| 42. | | | | | Sold | 08/21/13 | K | | |
| 43. ECOLAB INC | | None | K | T | Buy | 09/23/13 | K | | |
| 44. EOG RESOURCES INC | A | Dividend | K | T | Sold (part) | 06/28/13 | J | A | |
| 45. EQUINIX INC NEW | | None | | | Sold | 06/03/13 | K | C | |
| 46. FASTENAL CO | A | Dividend | | | Sold | 04/04/13 | K | A | |
| 47. FLEETCOR TECHNOLOGIES | | None | K | T | Buy | 11/06/13 | K | | |
| 48. | | | | | Buy (add'l) | 12/04/13 | J | | |
| 49. FOMENTO ECONOMICO MEXICANO | A | Dividend | | | Buy | 03/13/13 | K | | |
| 50. | | | | | Sold (part) | 06/28/13 | J | | |
| 51. | | | | | Sold | 07/30/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. GOOGLE INC-CL A | | None | K | T | Buy | 07/25/13 | J | | |
| 53. | | | | | Buy (add'l) | 08/30/13 | J | | |
| 54. HERSHEY COMPANY | A | Dividend | K | T | Buy (add'l) | 02/08/13 | K | | |
| 55. | | | | | Sold (part) | 06/28/13 | J | A | |
| 56. HERTZ GLOBAL HOLDINGS | | None | | | Buy | 07/26/13 | K | | See Section VIII Addtl Inf |
| 57. | | | | | Sold | 09/26/13 | J | | |
| 58. HOME DEPOT INC | A | Dividend | K | T | Sold (part) | 06/28/13 | J | A | |
| 59. ISHARE SILVER TRUST | | None | | | Sold | 01/25/13 | K | D | |
| 60. ISHARES BARCLAYS 1-3 YR TSY BD | A | Dividend | L | T | Sold (part) | 06/28/13 | J | A | |
| 61. ISHARES BARCLAYS 3-7 YR TSY BD | A | Dividend | L | T | Sold (part) | 06/28/13 | J | A | |
| 62. ISHARES BARLCAYS AGG.BD.FD | B | Dividend | L | T | Sold (part) | 06/28/13 | J | A | |
| 63. KIMBERLY CLARK CORP | A | Dividend | | | Buy | 04/01/13 | K | | |
| 64. | | | | | Buy (add'l) | 04/30/13 | J | | |
| 65. | | | | | Sold (part) | 06/28/13 | J | | |
| 66. | | | | | Sold | 09/23/13 | K | | |
| 67. KROGER CO | A | Dividend | K | T | Buy | 08/30/13 | K | | |
| 68. | | | | | Buy (add'l) | 12/04/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. LINKEDIN CORP-A | | None | K | T | Buy | 05/06/13 | K | | |
| 70. | | | | | Buy (add'l) | 05/21/13 | K | | |
| 71. | | | | | Sold (part) | 06/28/13 | J | A | |
| 72. MARATHON PETROLEUM CORP | A | Dividend | | | Buy | 01/29/13 | K | | |
| 73. | | | | | Buy (add'l) | 02/08/13 | J | | |
| 74. | | | | | Sold (part) | 06/28/13 | J | | |
| 75. | | | | | Sold | 07/05/13 | K | | |
| 76. METROPOLITAN WEST TOT RET BD I | B | Dividend | K | T | | | | | |
| 77. MICHAEL KORS HOLDINGS LTD | | None | K | T | Buy | 07/05/13 | K | | |
| 78. NOVO NORDISK A/S ADR | A | Dividend | | | Buy | 03/13/13 | K | | |
| 79. | | | | | Sold (part) | 06/28/13 | J | | |
| 80. | | | | | Sold (part) | 07/10/13 | K | | |
| 81. | | | | | Sold | 07/25/13 | K | | |
| 82. O'REILLY AUTOMOTIVE INC NEW | | None | | | Sold | 04/16/13 | K | B | |
| 83. PHILLIPS 66 COM | | None | | | Buy | 01/17/13 | K | | |
| 84. | | | | | Sold | 01/29/13 | K | B | |
| 85. ROSETTA RESOURCES INC | | None | | | Sold | 03/13/13 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ROSS STORES INC | | None | | | Sold | 01/07/13 | K | | |
| 87. SAP AG SPONS ADR-USD | | None | | | Sold (part) | 02/13/13 | J | B | |
| 88. | | | | | Sold (part) | 05/06/13 | K | D | |
| 89. | | | | | Sold | 05/21/13 | K | D | |
| 90. SPDR BARCLAYS CAPITAL TIPS | A | Dividend | L | T | Sold (part) | 06/28/13 | J | A | |
| 91. SPDR GOLD TR GOLD SHS | | None | K | T | Sold (part) | 06/28/13 | J | A | |
| 92. | | | | | Sold (part) | 07/26/13 | J | C | |
| 93. STARBUCKS CORP WASHINGTON | A | Dividend | K | T | Sold (part) | 06/28/13 | J | A | |
| 94. THERMO FISHER SCIENTIFIC INC | A | Dividend | K | T | Buy | 05/21/13 | K | | |
| 95. | | | | | Sold (part) | 06/28/13 | J | | |
| 96. UNION PACIFIC CORP | A | Dividend | | | Sold (part) | 02/08/13 | J | A | |
| 97. | | | | | Sold (part) | 06/28/13 | J | A | |
| 98. | | | | | Sold | 11/06/13 | K | D | |
| 99. VALEANT PHARMACEUTIC INTL INC | | None | K | T | Buy | 08/21/13 | K | | |
| 100. | | | | | Buy (add'l) | 12/04/13 | J | | |
| 101. VISA INC CL A | A | Dividend | K | T | Buy | 01/25/13 | K | | |
| 102. | | | | | Buy (add'l) | 06/13/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 06/28/13 | J | A | |
| 104. WHOLE FOODS MARKETS INC | A | Dividend | | | Buy (add'l) | 01/10/13 | J | | |
| 105. | | | | | Sold | 04/01/13 | K | C | |
| 106. | | | | | | | | | |
| 107. POA #1 | | | | | | | | | |
| 108. CASH - WELLS FARGO BANK | | None | K | T | | | | | See Section VIII Addtl Inf |
| 109. CASH - LEGACY FEDERAL CREDIT UNION | B | Interest | M | T | | | | | See Section VIII Addtl Inf |
| 110. CASH - WELLS FARGO BROKERAGE ACCOUNT | | None | M | T | | | | | See Section VIII Addtl Inf |
| 111. AT&T INC | C | Dividend | L | T | | | | | See Section VIII Addtl Inf |
| 112. EXELIS INC | B | Dividend | L | T | | | | | See Section VIII Addtl Inf |
| 113. HARTFORD FINL SVCS GROUP INC | B | Dividend | M | T | | | | | See Section VIII Addtl Inf |
| 114. LORD ABBETT INV TR SHORT DURATION INC CL C | A | Dividend | K | T | | | | | See Section VIII Addtl Inf |
| 115. PEPSICO INCORPORATED | B | Dividend | L | T | | | | | See Section VIII Addtl Inf |
| 116. PFIZER INCORPORATED | C | Dividend | M | T | | | | | See Section VIII Addtl Inf |
| 117. GOLDMAN SACHS GROUP NOTES 4.25% DUE 12/15/14 | C | Interest | M | T | | | | | See Section VIII Addtl Inf |
| 118. DISCOVER BK CD DUE 10/22/13 | C | Interest | | | Redeemed | 10/22/13 | L | A | See Section VIII Addtl Inf |
| 119. VERSUS BANK OF COMMERCE CD 2.15% MATURES 11/30/16 | B | Interest | M | T | | | | | See Section VIII Addtl Inf |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. WELLS FARGO ADVANTAGE STRATEGIC MUN BD FD (X) | B | Dividend | M | T | | | | | See Section VIII Addtl Inf |
| 121. HARTFORD MUTUAL FUNDS INC FLOATING RATE FD CL C | C | Dividend | M | T | | | | | See Section VIII Addtl Inf |
| 122. COMENITY CAPITAL BANK CD SALT LK CITY UT 1.75% DUE 9/04/18 | | None | K | T | Buy | 12/04/13 | L | | See Section VIII Addtl Inf |
| 123. PIMCO INCOME FD CL-C | A | Dividend | L | T | Buy | 12/04/13 | L | | See Section VIII Addtl Inf |
| 124. | | | | | | | | | |
| 125. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/12/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

THE IRREVOCABLE LIFE INSURANCE TRUST #1 REPORTED IN PART I, LINE 1 IS UNFUNDED AND THEREFORE IS NOT INCLUDED IN SECTION VII, "INVESTMENTS AND TRUSTS".

SECTION VII, LINES 108 THROUGH 123 - THESE ASSETS ARE REPORTED UNDER THE POWER OF ATTORNEY LABELED "POA #1" AS DESCRIBED IN PART I, "POSITIONS"

SECTION VII, LINE 6 - 8 - ACTAVIS, INC COM - THE DIFFERENCE IN VALUE CODE FOR THE PURCHASE OF THIS INVESTMENT ON 4/4/2013 AND THE ULTIMATE VALUE UPON MERGER (SEE BELOW) ON 9/30/13 IS PURELY DUE TO INCREASES IN THE MARKET VALUE OF THE SHARES HELD.  THERE WERE NO FURTHER ADDITIONS TO REPORT.

SECTION VII, LINE 9 - ACTAVIS PLC - THIS INVESTMENT WAS AQUIRED IN A MERGER IN WHICH THE SHARES OF STOCK IN ACTAVIS, INC COM (LINE 6-8) WERE SURRENDERED IN EXCHANGE FOR AN EQUAL NUMBER OF SHARES IN ACTAVIS PLC, A NEW ENTITY FORMED AFTER THE MERGER WITH WARNER  CHILCOT.  A GAIN WAS RECOGNIZED ON THE DISPOSITION OF THE ACTAVIS, INC. COM SHARES EQUAL TO THE FAIR MARKET VALUE OF THE ACTAVIS PLC SHARES RECEIVED LESS THE ORIGINAL AMOUNT PAID FOR THE SHARES (SEE THE MERGER DISPOSITION REPORTED ON LINE 8 AND RELATED GAIN).

SECTION VII, LINE 56 THROUGH 57 - HERTZ GLOBAL HOLDINGS - THE DIFFERENCE IN VALUE CODE FOR THE PURCHASE OF THIS INVESTMENT ON 7/26/2013 AND THE SALE OF THIS INVESTMENT ON 9/26/2013 IS PURELY DUE TO DECREASES IN THE MARKET VALUE OF THE SHARES HELD.  THERE WERE NO FURTHER DISPOSITIONS TO REPORT.

SECTION VII, LINE 112 - EXELIS INC - THE DIFFERENCE IN HOLDING VALUE CODE REPORTED IN COLUMN C IS PURELY DUE TO INCREASES IN THE MARKET VALUE OF THIS INVESTMENT.  THERE ARE NO FURTHER ADDITIONS TO REPORT.

SECTION VII, LINE 113 - HARTFORD FINL SVCS GROUP - THE DIFFERENCE IN HOLDING VALUE CODE REPORTED IN COLUMN C IS PURELY DUE TO INCREASES IN THE MARKET VALUE OF THIS INVESTMENT.  THERE ARE NO FURTHER ADDITIONS TO REPORT.

SECTION VII, LINE 115 - PEPSICO INCORPORATED - THE DIFFERENCE IN HOLDING VALUE CODE REPORTED IN COLUMN C IS PURELY DUE TO INCREASES IN THE MARKET VALUE OF THIS INVESTMENT.  THERE ARE NO FURTHER ADDITIONS TO REPORT.

SECTION VII, LINE 116 - PFIZER INCORPORATED - THE DIFFERENCE IN HOLDING VALUE CODE REPORTED IN COLUMN C IS PURELY DUE TO INCREASES IN THE MARKET VALUE OF THIS INVESTMENT.  THERE ARE NO FURTHER ADDITIONS TO REPORT.

SECTION VII, LINE 118 - DISCOVER BK CD DUE 10/22/2013 - THE DIFFERENCE IN VALUE CODE REPORTED FOR THE REDEMPTION OF THIS CD AS COMPARED TO THE HOLDING VALUE AT THE END OF THE PREVIOUS YEAR IS DUE PURELY TO DECREASES IN THE MARKET VALUE OF THE INVESTMENT.  THERE ARE NO FURTHER DISPOSITIONS TO REPORT.

SECTION VII, LINE 119 - VERSUS BANK OF COMMERCE CD 2.15% MATURES 11/30/16 - THE DIFFERENCE IN VALUE CODE REPORTED IN COLUMN C WAS DUE TO AN ERROR IN THE PREVIOUS YEAR REPORT.  THE WRONG CODE WAS USED.  THE CODE FOR THE 12/31/2012 REPORT SHOULD HAVE BEEN SHOWN AS "M" RATHER THAN L.

SECTION VII, LINE 122 - COMENITY CAPITAL BANK CD SALT LK CITY UT 1.75% DUE 9/04/18 - THE DIFFERENCE IN VALUE CODE SHOWN IN THE TRANSACTION FIELD AS BUY ON 12/4/2013 IS DIFFERENT FROM THE VALUE CODE SHOWN AS HOLDING AS REPORTED IN COLUMN C DUE PURELY TO DECREASES IN THE MARKET VALUE OF THIS INVESTMENT.  THERE ARE NO FURTHER DISPOSITIONS TO REPORT.

| Name of Person Reporting | Date of Report |
| --- | --- |
| HOPKINS, VIRGINIA E. | 05/12/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ VIRGINIA E. HOPKINS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544